**FILED**
CLERK, U.S. DISTRICT COURT

01/22/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>EBLOCK CORPORATION,<br><br>          Defendant. | CR No. **5:26-cr-00013-SSS**<br><br>I N F O R M A T I O N<br><br>[15 U.S.C. § 1: Conspiracy to Restrain Trade; 18 U.S.C. § 1343: Wire Fraud] |

The United States of America charges:

COUNT ONE

[15 U.S.C. § 1]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant EBLOCK CORPORATION ("EBLOCK") was a corporation organized and existing under the laws of Delaware, with its principal place of business in Toronto, Canada.

2.   Defendant EBLOCK was engaged in the provision of auction services for used vehicles in the United States.

3.   Acts, deeds, and transactions committed by defendant EBLOCK were committed by and through its officers, directors, agents,

1  employees, and other representatives while engaged in the management,

2  direction, control, and transaction of its business and affairs.

3      4.   Other known corporations and other known individuals

4  conspired with defendant EBLOCK and performed acts and made

5  statements in furtherance of the conspiracy.

6      5.   Company A was a corporation with its principal place of

7  business in Riverside County, within the Central District of

8  California and was engaged in the purchase and resale of used

9  vehicles.

10     6.   Individual 1 was the owner and chief executive of

11  Company A.

12     7.   Individual 2 was a senior executive at defendant EBLOCK and

13  was extensively involved in defendant EBLOCK's day-to-day operations.

14     8.   Customers placed their vehicles on defendant EBLOCK's

15  auction platform for sale to the highest bidder.

16     9.   Customers used defendant EBLOCK's auction platform to

17  purchase vehicles.

18  B.   OBJECT OF THE CONSPIRACY

19     10.  Beginning no later than November 2020 and continuing until

20  in or around February 2022, in Riverside County, within the Central

21  District of California, and elsewhere, defendant EBLOCK entered into

22  and engaged in a combination and conspiracy with Company A,

23  Individual 1, Individual 2, and others known and unknown to suppress

24  and eliminate competition by agreeing to rig bids for used vehicles

25  sold on defendant EBLOCK's auction platform.  The combination and

26  conspiracy engaged in by the defendant EBLOCK and its co-conspirators

27  was a *per se* unlawful, and thus unreasonable, restraint of interstate

28

1  trade and commerce, in violation of Section 1 of the Sherman Act

2  (Title 15, United States Code, Section 1).

3      11.  The charged combination and conspiracy consisted of a

4  continuing agreement, understanding, and concert of action between

5  defendant EBLOCK and its co-conspirators, the substantial terms of

6  which were to rig bids for vehicles sold on defendant EBLOCK's

7  platform.

8  C.  <u>MANNER AND MEANS OF THE CONSPIRACY</u>

9      12.  The object of the conspiracy was to be accomplished, in

10 substance, as follows:

11         a.  Defendant EBLOCK would provide vehicle auctions on its

12 platform to one or more customers in Riverside County, as well as

13 other locations.

14         b.  Defendant EBLOCK and its co-conspirators, including

15 Company A, would engage in conversations and communications to

16 discuss which vehicles would be bid on by which co-conspirators.

17         c.  Defendant EBLOCK and its co-conspirators, including

18 Company A, would agree, during those conversations and

19 communications, to rig bids for particular vehicles in Riverside

20 County, as well as other locations.

21         d.  Defendant EBLOCK and its co-conspirators, including

22 Company A, would provide payment to the sellers of vehicles on which

23 the bids were rigged.

24 D.  <u>TRADE AND COMMERCE</u>

25     13.  At all times relevant to this Information, defendant EBLOCK

26 and its co-conspirators purchased vehicles on defendant EBLOCK's

27 platform in a continuous and uninterrupted flow of interstate trade

28 and commerce.  In addition, records and documents necessary for the

1  sale of such vehicles, as well as payments for those vehicles,
2  travelled in interstate trade and commerce.

COUNT TWO

[18 U.S.C. § 1343]

14.  The United States of America realleges paragraphs 1 through 9 and 11 through 13 of this Information here.

A.  SCHEME TO DEFRAUD

15.  Beginning no later than or about November 2020, and continuing until in or around February 2022, in Riverside County, within the Central District of California, and elsewhere, defendant EBLOCK, together with others known and unknown, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud customers who used defendant EBLOCK's auction platform and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

16.  The fraudulent scheme operated, in substance, as follows:

a.  Defendant EBLOCK and its co-schemers agreed to resell on defendant EBLOCK's auction platform vehicles previously purchased by co-schemers on the platform.

b.  Defendant EBLOCK and its co-schemers placed "shill bids" (bids not intended to win the auction) to increase the ultimate price paid by purchasers of the vehicles resold by the co-schemers.

c.  Defendant EBLOCK and its co-schemers placed false bids on vehicles offered for sale on defendant EBLOCK's auction platform. Defendant EBLOCK and its co-schemers did so to unlawfully enrich themselves and others by artificially inflating the prices paid for vehicles sold on the defendant EBLOCK's auction platform.

d.  Defendant EBLOCK and its co-schemers pooled profits among the co-schemers for the vehicles resold on defendant EBLOCK's auction platform.

1          e.    Defendant EBLOCK and its co-schemers, by interstate

2    wire, caused to be sent and received items such as bids on vehicles

3    and communications regarding the scheme, in addition to other things.

4    B.    <u>USE OF WIRE</u>

5          17.   On or about July 21, 2021, in Riverside County, within the

6    Central District of California, and elsewhere, defendant EBLOCK,

7    together with others known and unknown, for the purpose of executing

8    the scheme to defraud described above, transmitted and caused the

9    transmission of shill bids placed by a co-schemer on defendant

10   EBLOCK's auction platform on a vehicle being sold by another co-

11   schemer, by means of wire communication in interstate commerce.

12

13   _____
     ABIGAIL SLATER
14   Assistant Attorney General
     Antitrust Division
15   U.S. Department of Justice

16

17   _____

18   F. PATRICK HALLAGAN
     MELANIE KREBS-PILOTTI
19   Antitrust Division
     Trial Attorneys
20

21   U.S. Department of Justice
     Washington Criminal Section
22   450 5th Street, N.W.
     Washington, DC 20530
23   Tel: (202) 616-1400
     f.patrick.hallagan@usdoj.gov
24   melanie.krebs-pilotti@usdoj.gov

25

26

27

28